IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jack W. Kinney, | : | |
| Plaintiff | : | Civil Action 2:13-cv-01229 |
| v. | : | Judge Marbley |
| Gary C. Mohr, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

This matter is before the Court on plaintiff Jack W. Kinney's June 5, 2014 motion to reconsider the Magistrate Judge's May 23, 2013 Order denying plaintiff's motion to compel defendants to answer his amended complaint (doc. 25). The Magistrate Judge properly stated that defendants do not have to respond to the complaint unless they have been served with summons and the complaint.

Plaintiff Jack W. Kinney's June 5, 2014 motion to reconsider the Magistrate Judge's May 23, 2013 Order (doc. 25) is DENIED.

    s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge

DATED: October 3, 2014